Opinion issued February 11, 2020



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-19-00993-CV

———————————

**WATER RELEASE VICTIMS OF NORTHEAST HOUSTON, Appellant**

**V.**

**THE TEXAS WATER DEVELOPMENT BOARD
AND THE SAN JACINTON RIVER AUTHORITY, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1139564**

---

## MEMORANDUM OPINION

Appellant, Water Release Victims of Northeast Houston, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.